UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHETEL INDUSTRIES LLC,<br>Plaintiff,<br>vs.<br>ADIN DENTAL IMPLANT SYSTEMS, INC., ADIN DENTAL SOLUTIONS USA, INC., and JEREMY DANZER,<br><br>Defendants.<br><br><br>ADIN DENTAL IMPLANT SYSTEMS, INC. ADIN DENTAL SOLUTIONS USA, INC., and JEREMY DANZER,<br><br>Counterclaimants and Third-Party Plaintiffs,<br><br>vs.<br><br>SHETEL INDUSTRIES LLC, OSSEOGROUP LLC, and MARKUS WEITZ as Director and President of SHETEL INDUSTRIES LLC, and Individually,<br><br>Counterclaim and Third-Party Defendants. | Case No.: 2:17-cv-02505-SJF-ARL |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, upon the Declaration of Jason Levin, dated January 4, 2018,[1] the exhibits annexed thereto, the accompanying Memorandum of Law in Support of Motion for Summary Judgment, and upon all of the papers and proceedings heretofore had herein,

---

[1] Pursuant to Judge Feuerstein's Order, dated February 12, 2019, converting the then-pending Motion to Dismiss to this Motion for Summary Judgment, the documents listed here in support of the Motion were filed via ECF in January 2018. Dkt Nos. 22-24. They will be refiled, along with further documents in opposition to and in support of, this Motion via ECF along with this revised Notice of Motion, pursuant to the Court's Individual Rule 4(B).

Plaintiff/Counterclaim-Defendant Shetel Industries LLC ("Shetel") and Third-Party Defendants Markus Weitz ("Weitz") and Osseogroup LLC ("Osseogroup"), by their attorneys, Storch Amini PC, move this Court, at the United States District Court, Eastern District of New York, 944 Federal Plaza, Central Islip, New York, before the Honorable Sandra J. Feuerstein, for an Order pursuant to Fed. R. Civ. P. 56(a) and 12(d):  (i) granting summary judgment and dismissing with prejudice 23 of the 27 Counterclaims asserted against Shetel (all except for the First, Fifth, Eighteenth and Twenty-Second Counterclaims); (b) granting summary judgment and dismissing with prejudice the Third-Party Complaint against Weitz and Osseogroup, in its entirety; and (c) for such other and further relief as this Court deems just and proper.

Dated: New York, New York
August 1, 2019

STORCH AMINI PC

By: _s/ Noam Besdin_____
Bijan Amini
Noam Besdin
Two Grand Central Tower, 25th Floor
140 East 45th Street
New York, NY  10017
(212) 490-4100
*Attorneys for Shetel Industries LLC,*
*Osseogroup LLC and Markus Weitz*

TO: Gregory K. Mueller, Esq.
Matthew Ross, Esq.
MUELLER LAW GROUP
19 Engle Street
Tenafly, New Jersey 07670
(201) 567-4969
*Attorneys for Adin Dental Implant*
*Systems, Inc., Adin Dental Solutions*
*USA, Inc. and Jeremy Danzer*

All counsel of record (via ECF)