UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SHETEL INDUSTRIES LLC,

Plaintiff,

vs.

ADIN DENTAL IMPLANT SYSTEMS, INC., ADIN DENTAL SOLUTIONS USA, INC., and JEREMY DANZER,

Defendants.

ADIN DENTAL IMPLANT SYSTEMS, INC. AND ADIN DENTAL SOLUTIONS USA, INC., and JEREMY DANZER,

Counterclaimants and Third-Party Plaintiffs,

vs.

SHETEL INDUSTRIES LLC, OSSEOGROUP LLC, and MARKUS WEITZ as Director and President of SHETEL INDUSTRIES LLC, and Individually,

Counterclaim and Third-Party Defendants.

Case No.: 2:17-cv-02505-LDW-ARL

## DECLARATION OF GREGORY K. MUELLER

I, Gregory K. Mueller, hereby declare as follows:

1. I am an attorney duly authorized to practice law in the State of New York and admitted to practice before the United States District Court of the Eastern District of New York. I am the senior partner with the law firm Mueller Law Group, counsel for the Defendants/Third-Party Plaintiffs Adin Dental Implant Systems, Inc., Adin Dental Solutions USA, Inc., and Jeremy Danzer ("Respondents"), in the above-captioned matter. I respectfully submit this declaration in

-1-

opposition to the motion of Shetel Industries LLC, Osseogroup LLC, and Markus Weitz to dismiss certain of Respondents' Counterclaims and the entirety of Respondents' Third-Party Complaint.

2. Attached hereto as Exhibit 1 is a true and correct copy of the correspondence of July 13, 2017 along with three attachments thereto.

3. Exhibit 1 is specifically referenced in in:

a. paragraph 89 of Respondents' Counterclaims under the heading "Facts Common To All Counts" and subheading "Plaintiff's Breach of Its Contract with Adin" (at pages 48-49 of Respondents' pleadings);

b. paragraph 179 of Respondents' Eighth Counterclaim (at page 65 of Respondents' pleadings); and

c. paragraph 62 in the Sixth Count of Respondents' Third-Party Complaint (at page 97 of Respondents' pleadings).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Tenafly, New Jersey
February 1, 2018

/s/Gregory K. Mueller
Gregory K. Mueller