UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHETEL INDUSTRIES LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ADIN DENTAL IMPLANT SYSTEMS, INC., ADIN DENTAL SOLUTIONS USA, INC., and JEREMY DANZER,<br><br>Defendants.<br><br>ADIN DENTAL IMPLANT SYSTEMS, INC. AND ADIN DENTAL SOLUTIONS USA, INC., and JEREMY DANZER,<br><br>Counterclaimants and Third-Party Plaintiffs,<br><br>vs.<br><br>SHETEL INDUSTRIES LLC, OSSEOGROUP LLC, and MARKUS WEITZ as Director and President of SHETEL INDUSTRIES LLC, and Individually,<br><br>Counterclaim and Third-Party Defendants. | Case No.: 2:17-cv-02505-LDW-ARL |

**DECLARATION OF MATTHEW J. ROSS
REGARDING THE REGISTRATION OF ADINIMPLANTS.COM**

I, Matthew J. Ross, hereby declare as follows:

1. I am an attorney duly authorized to practice law in the State of New York and admitted to practice before the United States District Court of the Eastern District of New York. I am a partner with the law firm Mueller Law Group, counsel for the Defendants/Third-Party Plaintiffs Adin Dental Implant Systems, Inc., Adin Dental Solutions USA, Inc., and Jeremy

-1-

Danzer ("Respondents"), in the above-captioned matter. I respectfully submit this declaration in opposition to the motion of Shetel Industries LLC, Osseogroup LLC, and Markus Weitz to dismiss certain of Respondents' Counterclaims and the entirety of Respondents' Third-Party Complaint.

     2.    Attached hereto as Exhibit A is a true and correct copy of the screenshot of the WHOIS database entry for www.adinimplants.com. Same was last accessed on January 22, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Tenafly, New Jersey
      February 1, 2018

                                      /s/Matthew J. Ross
                                      Matthew J. Ross