# AMINI LLC

Noam Besdin
MEMBER NY BAR

212.497.8278
nbesdin@aminillc.com

November 6, 2020

**VIA ECF**

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
1014 Federal Plaza
Central Islip, New York 11722

Re: **Shetel Industries LLC v. Adin Dental Implant Systems, Inc., et al
No. 17-CV-02505 (SJF)(ARL)**

Dear Judge Feuerstein:

We represent Plaintiff Shetel Industries LLC, as well as Counterclaim-Defendants and Third-Party Defendants Osseogroup, LLC, and Markus Weitz (collectively, "Shetel"), in the above-referenced action. We write pursuant to Your Honor's Individual Rule 1(E) concerning the telephonic Pretrial Conference scheduled to be held on November 17, 2020 at 11:00 a.m.

Unfortunately, we have a conflict impacting trial counsel's availability on November 17 and request that the Pretrial Conference be adjourned to any time convenient for the Court on November 18, November 23, December 2, or December 3. We have conferred with opposing counsel as to the suitability of such dates for an adjourned conference.

We continue to appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Noam Besdin*

Noam Besdin


cc:     Bijan Amini (via ECF)
        Matthew Ross (via ECF)
        Andrew Lang (via ECF)
        Gregory Mueller (via ECF)
        Steven J. Harfenist (via ECF)