UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SHETEL INDUSTRIES LLC,

                              Plaintiff,

      - against -

ADIN DENTAL IMPLANT SYSTEMS, INC.,
ADIN DENTAL SOLUTIONS USA, INC.,
and JEREMY DANZER,

                              Defendants.
------------------------------------------------------------------X
ADIN DENTAL IMPLANT SYSTEMS, INC.,
ADIN DENTAL SOLUTIONS USA, INC.,
and JEREMY DANZER,

    Counterclaimants and Third-Party Plaintiffs,

      - against -

SHETEL INDUSTRIES LLC, OSSEOGROUP LLC,
and DR. MARKUS WEITZ as Director and President
of SHETEL INDUSTRIES LLC, and Individually,

    Counterclaim and Third-Party Defendants.
------------------------------------------------------------------X

Docket No.: 17-cv-2505(BMC)

**STIPULATION OF DISMISSAL**

    **IT HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the plaintiff/counterclaim defendant, Shetel Industries, LLC, and the defendants/counterclaim plaintiffs, Adin Dental Implant Systems, Inc., Adin Dental Solutions USA, Inc., and Jeremy Danzer that Plaintiff's claims against Defendants are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii).

    **IT FURTHER STIPULATED AND AGREED** by and between the undersigned attorneys for the plaintiff/counterclaim defendant Shetel Industries, LLC and the defendants/counterclaim plaintiffs, Adin Dental Implant Systems, Inc., Adin Dental Solutions USA, Inc., and Jeremy Danzer that Defendants' counterclaims against Plaintiff are dismissed,

9

with prejudice, pursuant to Fed. R. Civ. P. 41(c);

**IT IS FURTHER STIPULATED AND AGREED,** that the Court shall maintain jurisdiction for the purposes of enforcing the settlement agreement entered into between the parties.

Dated: January___, 2022

Amini LLC
*Attorneys for Plaintiffs*

By: _____
Bijan Amini
131 West 35th Street, 12th Floor
New York, New York 10001
(212)490-4700

Harfenist Kraut & Perlstein LLP
*Attorneys for Defendants*

By: _____
Steven J. Harfenist
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516)355-9600

D387055/FL3044